The People of the State of New York, Respondent, *v*. Robert Everard, Appellant.

Court of Special Sessions, City of New York, Appellate Part, First Judicial Department, New York County, February 20, 1930.

*Irving D. Lipkowitz*, for the appellant.

*Thomas C. T. Crain*, for the respondent.

Per Curiam.    The evidence shows that the acts complained of were committed in the apartment of the complainant and defendant, who are husband and wife.

We hold that this was not a public place within the meaning of sections 1458 and 1459 of the Consolidation Act (Laws of 1882, chap. 410).

Complaint dismissed on the law, facts examined and no errors found.    Defendant discharged.

All concur; present, McInerney, Herbert and Healy, JJ.